**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                      NO. 4:10CR00188-011  SWW

MARIO ALBERTO RUGAMA, JR.                                                        DEFENDANT

### ORDER

The above entitled cause came on for hearing February 7, 2017 on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the statements of counsel and the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, ***revoked, granting*** government's motion [docs #484]. Defendant shall serve a term of imprisonment of ***SIX (6) MONTHS*** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at Forrest City, AR, to be close to family; and that defendant participate in residential substance abuse treatment programs and mental health counseling during incarceration.

There will be ***NO*** supervised release to follow.

Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 8th day of February 2017.

/s/Susan Webber Wright

United States District Judge